UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMEN SOTO,<br><br>                              Plaintiff,<br><br>           -vs-<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING AS ATTORNEY-IN-FACT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-J8; BAYVIEW LOAN SERVICING,<br><br>                              Defendants. | Case No. 2:22-cv-01851<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS** |

     Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between plaintiff, Carmen Soto, and defendants NewRez, LLC dba Shellpoint Mortgage Servicing as Attorney-in-Fact for The Bank of New York Mellon FKA the Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2004-J8, Mortgage Pass-Through Certificates, Series 2004-J8 and Bayview Loan Servicing (**Defendants**), that all matters herein between them have been compromised and settled, and that the above-titled action is hereby dismissed with prejudice against Defendants. Each party will bear their own costs and attorneys' fees.

Dated: September 1, 2022

By: /s/ *Joseph A. Chang* (on consent)
Joseph A. Chang, Esq.
JOSEPH CHANG & ASSOCIATES LLC
1089 Main Street, Suite 502
Paterson, NJ 07503
973-925-2525
hang@achlaws.com
*Counsel for Plaintiff Carmen Soto*

Dated: September 1, 2022

*/s/ Erica R. S. Goldman*
Erica R. S. Goldman, Esq.
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel.: (212) 880-3800
E-Mail: erica.goldman@akerman.com
*Attorneys for Defendants*

DATED:_____, 2022

SO ORDERED:


_____
United States Magistrate Judge

66178992;1